IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:09-mj-1-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| (1) OLGA MENDEZ, ) | |
| (2) KEVIN EDUARDO VIDEA, ) | |
| Defendants. ) | |
| ) | |

THIS matter is before the Court on the motion of the United States of America to dismiss the UFAP Complaint against, and to quash the warrants for the arrests of, Defendants Olga Mendez and Kevin Eduardo Videa, because the defendants have been arrested based upon North Carolina State arrest warrants for the alleged murder.

It is hereby ordered that the motion be GRANTED and the Complaint be dismissed and the arrest warrants be quashed.

SO ORDERED.

Signed: February 23, 2009

David C. Keesler
United States Magistrate Judge